IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2135-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARMANDO LUVIANO-VILLANUEVA | ) | |
| _____ | ) | |

The defendant, through counsel, has filed a request to have the defendant's Presentence Investigation Report translated into Spanish so that the defendant can study the Report while in jail. Having considered the matter, the motion (ECF No. 88) is respectfully denied.

IT IS SO ORDERED.

July 23, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge